UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
UNITED STATES OF AMERICA    :    Hon. Jose L. Linares
                            :    Crim. No. 09-414 (JLL)
        v.                  :
                            :          CONTINUANCE ORDER
GEJSI SIKO                  :
```

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by David E. Malagold, Assistant U.S.
Attorney), and defendant Gejsi Siko (by John Berg, Esq. and
Stacey Biancamano, Esq.) for an order granting a continuance of
the proceedings in the above-captioned matter, and the defendant
being aware he has the right to have the matter brought to trial
within 70 days of the date of the indictment pursuant to Title 18
of the United States Code, Section 3161(c)(1), and as the
defendant has requested and consented to such a continuance, and
for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

        i.    Plea negotiations regarding a possible disposition
are currently in progress, and both the United
States and the defendant desire additional time to
meet and confer regarding a disposition, which
would render trial of this matter unnecessary and

save judicial resources;

ii.  Defendant has consented to and requested the
aforementioned continuance;

iii. Counsel for the defendant request additional time
to investigate and prepare the case;

iv.  Pursuant to Title 18 of the United States Code,
Section 3161(h)(7)(A), the ends of justice served
by granting the continuance outweigh the best
interests of the public and the defendant in a
speedy trial;

v.   Pursuant to Title 18 of the United States Code,
Section 3161(h)(7)(B)(i), failure to grant this
continuance would result in a miscarriage of
justice; and

vi.  Pursuant to Title 18 of the United States Code,
Section 3161(h)(7)(B)(iv), failure to grant this
continuance would unreasonably deny counsel for
the defendant the reasonable time necessary for
effective preparation, taking into account the
exercise of due diligence.

WHEREFORE, on this 26th day of September 2011.

IT IS ORDERED that trial in this matter is continued from
September 26, 2011 to December 5, 2011;

IT IS FURTHER ORDERED that the period from September 26,
2011 through December 5, 2011,  inclusive, shall be excludable in

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by October 31, 2011

Responses due November 14, 2011

Replies due November 24, 2011

A hearing shall be held on December 5, 2011

_____

HON. JOSE L. LINARES
United States District Judge

Consented to by:

JOHN BERG, ESQ.
STACEY BIANCAMANO, ESQ.
Counsel for Defendant Gejsi Siko